AO 442  (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.
Brandon Scott PEERY

)
)
)
)
)
)
)

Case: 1:23-mj-00110
Assigned to: Judge Meriweather, Robin M.
Assign Date: 5/24/2023
Description: COMPLAINT W/ ARREST WARRANT

_____
Defendant

## ARREST WARRANT

To:       Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)                    Brandon Scott PEERY                              ,

who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment      ❐ Superseding Indictment      ❐ Information      ❐ Superseding Information      ☒ Complaint

❐ Probation Violation Petition      ❐ Supervised Release Violation Petition      ❐ Violation Notice      ❐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) Disorderly or Disruptive Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

2023.05.25
13:09:21 -04'00'

Date:        05/25/2023
_____
Issuing officer's signature

City and state:        Washington, D.C.        ROBIN M. MERIWEATHER , U.S. Magistrate
_____
Printed name and title
Judge

| Return |
|---|

This warrant was received on (date)   5/25/23  , and the person was arrested on (date)   5/26/23
at (city and state)   Tampa, FL  .

Date:   5/26/23

_____
Arresting officer's signature

SA Timothy D. Taylor
_____
Printed name and title