## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 23-cr-00207 (DLF)** |
| | : | |
| **v.** | : | **18 U.S.C. 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| | : | |
| **BRANDON SCOTT PEERY** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **Brandon Scott Peery**, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1.     The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.     On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.      On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside..

5.      At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.      At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7.      Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

*The Defendant's Participation in the January 6, 2021, Capitol Riot*

8.      At approximately 2:43 PM on January 6, 2021, PEERY entered the U.S. Capitol building via the Parliamentarian door, near the west stairs and room S131. He was wearing a black, knit cap, face mask, and black jacket over a royal blue jacket, and with a red Trump flag tied around his neck like a cape. This door had already been breached by other rioters when PEERY entered. As PEERY entered, he turned and gestured vigorously to rioters behind him. He advanced down the hall, past the first set of doors, before moving back to the entrance, where he stood, looking on as rioters forcibly broke open the doors leading to room S131. At one point,

PEERY also pulled aside a rioter, coming from the direction of room S132, and used a water bottle from his bag to flush the rioter's eyes.

9.      At approximately 2:49 PM, PEERY began to push further down the hall. Some members of the crowd appeared to be pushed back by police using riot control agents, and PEERY turned back towards the door.  At that time, he pulled the flag cape off his neck, and shortly thereafter removed his face mask. At about 2:49:47 PM, PEERY pushed with the crowd, towards the Parliamentarian Door and exited the Capitol building onto the northwest courtyard.

10.     After exiting, PEERY moved from the northwest courtyard through the Senate Wing door, into the Capitol Building near room S109, at approximately 2:56:35PM. At this time he was no longer wearing the flag cape.

11.     PEERY walked forward from the door and across the vestibule inside the Senate Wing door. At approximately, 2:57:17 PM he pulled out a device resembling a phone, and then appeared to video the crowd.  He then turned to his right and moved to the southwest corner of the vestibule.

12.     PEERY remained inside the vestibule until approximately 3:02:57 PM, when he walked away from the camera, down the hall in the direction of the Old Supreme Court Chamber.

13.     Approximately one minute later, PEERY returned to the vestibule, where he again stood in the southwest corner of the room. He exited the building through the west Senate Wing door at approximately 3:13:52 PM.

14.     On May 16, 2022, following a call from the FBI, PEERY contacted the FBI and agreed to come in immediately for an interview. PERRY confirmed that he posted a YouTube video on January 2, 2021, in which he discussed his plans to travel to Washington, D.C. on January

6, 2021, to attend a rally. PEERY stated that he knew at that time that January 6th was the date when the Electoral College vote count would be certified at the Capitol. Peery traveled to Washington, D.C. on a charter bus from Wisconsin on January 6, 2021. He stated that he felt he needed to be there to "stand with President Trump." PEERY stated that that, prior to traveling to D.C., he had no plans to enter the Capitol. Peery walked from former-President Trump's speech down Pennsylvania Avenue to the Capitol and was at the Capitol for approximately one and a half hours. Peery confirmed that he entered the Capitol, and he marked his route through the Capitol grounds and building on a map provided by the FBI. PEERY then returned to the charter bus and departed D.C. for Wisconsin at 4:30 PM on January 6, 2021.

### *Elements of the Offense*

15.     The parties agree that 18 U.S.C. § 1752(a)(1) requires the following elements:

    a.   First, the defendant entered or remained in a restricted building or grounds without lawful authority to do so.

    b.   Second, the defendant did so knowingly.

### *Defendant's Acknowledgments*

16.     The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he knowingly entered and remained in a restricted building and grounds without authorization to do so, and that he knew Vice President Pence was present at the Capitol on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     *s/ Kelly E. Moran*
        Kelly E. Moran
        Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I, Brandon Scott Peery, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: **Dec 18, 2023**          *Brandon Peery*

Brandon Scott Peery
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: **Dec 18, 2023**

Ryan Pacyga
Attorney for Defendant