# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Case No. 1:23-cr-00207-DLF |
| : | |
| **BRANDON SCOTT PEERY,** : | |
| : | |
| **Defendant.** : | |

## MOTION FOR RETURN OF PROPERTY

The counsel for the above-named Defendant hereby respectfully request that the Court grant this motion for the return of Defendant's property, under the Code of the District of Columbia § 16-3708, wherein the Pretrial Services in District of Columbia is in possession of Defendant's passport. Defendant's matter has concluded, and this motion has been filed within 180 days, required under this code.

Respectfully submitted,

By:   /s/ Ryan M. Pacyga
       Ryan M. Pacyga (#MN0019)
       860 Blue Gentian Road, Ste. 175
       St. Paul, MN 55121
       (612)-339-5844
       ryan@arrestedmn.com
       **Attorney for Defendant**