UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-cr-00207-DLF |
| | : | |
| **BRANDON SCOTT PEERY,** | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR PERMISSION TO TRAVEL

The counsel for the above-named Defendant hereby respectfully request that the Court grant this motion for travel to South Korea to meet his spouse's family from September 26th, 2024, to October 17th, 2024. The defendant notes that the government is unopposed to his travel if he has a way to meet virtually with probation. The defendant has had no problems since sentencing and has abided by all conditions of his probation.

Respectfully submitted,

By:   /s/ Ryan M. Pacyga
Ryan M. Pacyga (#MN0019)
860 Blue Gentian Road, Ste. 175
St. Paul, MN 55121
(612)-339-5844
ryan@arrestedmn.com
**Attorney for Defendant**